**Fill in this information to identify the case:**

**Debtor 1** Chester L. King

**Debtor 2** Mary Bell King
(Spouse, if filing)

**United States Bankruptcy Court for the:** Central

**District of:** Illinois
(State)

**Case number:** 16-81566

Form 4100N

# Notice of Final Cure Payment

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

**Name of creditor:** US Bank, NA

**Court claim no. (if known):** 14

**Last 4 digits of any number you use to identify the debtor's account:** 1811

**Property address:** 2218 W. Kettelle Street
Number        Street

Peoria, IL 61605
City         State        ZIP Code

## Part 2: Cure Information

**Total cure disbursements made by the trustee:**             **Amount**

a. Allowed prepetition arrearage: (a) _____

b. Prepetition arrearage paid by the Trustee: (b) _____

c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): (c) _____

d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the Trustee: (d) _____

e. Allowed postpetition arrearage: (e) _____

f. Postpetition arrearage paid by the Trustee: +(f) _____

g. **Total.** Add Lines b, d, and f. (g) _____

**Debtor 1**  Chester L. King                     Case number (if known) 16-81566
First Name   Middle Name   Last Name

| Part 3: | **Postpetition Mortgage Payment** |
|---|---|

*Check one:*

__X__  Mortgage is paid through the trustee.

    Current monthly mortgage payment:     N/A

The next postpetition payment is due on:     N/A
                                        MM / DD / YYYY

_____  Mortgage is paid directly by the debtor(s).

| Part 4: | **A Response is Required By Bankruptcy Rule 3002.1(g)** |
|---|---|

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the Trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✖  /s/ Marsha L. Combs-Skinner            Date   February 4, 2022
    Signature

Trustee   Marsha L. Combs-Skinner
        First Name   Middle Name   Last name

Address   P.O. Box 349
        Number   Street

        Newman, IL 61942
        City                        State   ZIP Code

    Contact Phone   (217) 837-9730            Email   Trusteecs@ch13cdil.com

Form 4100N                        Notice of Final Cure Payment                            page 2

## Certificate of Service

      The undersigned hereby certifies that a copy of the foregoing was served upon, Spencer Lee Daniels, and the United States Trustee, by electronic notification through ECF on February 4, 2022, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Chester L. King
Mary Bell King
2218 West Kettelle Street
Peoria, IL 61605


US Bank, NA
% SN Servicing Corporation
323 5th St
Eureka, CA 95501


                                                    By: /s/ Marsha L. Combs-Skinner
                                                          Marsha L. Combs-Skinner
                                                          Chapter 13 Standing Trustee